UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

ALEJANDRO FABIAN SCOLNIK,   Case No. 19-16856-RAM
                            Previous Chapter 11
　　　　Debtor.              Chapter 7
_____/

**TRUSTEE'S NOTICE OF JOINDER IN DEBTOR'S
MOTION TO VACATE DISMISSAL AND REINSTATE CASE [D.E. 83]**

MARCIA T. DUNN, as Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Alejandro Fabian Scolnik (the "Debtor"), by and through undersigned counsel, files this *Notice of Joinder in Debtor's Motion to Vacate Dismissal and Reinstate Case* (the "Motion") [D.E. 83]. The Trustee, having reviewed Debtor's Motion and filing, hereby joins Debtor and requests that the *Order Dismissing Case* [D.E. 81] be vacated and that the Chapter 7 case be reinstated, and granting such other and further relief that the Court may deem just and proper.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. mail on this 19th day of September, 2019, upon the Debtor and scheduled secured creditors:

Alejandro Fabian Scolnik, *Debtor*　　　Bank of America
21200 NE 38th Avenue, #501　　　　　　450 American Street
Aventura, FL 33180　　　　　　　　　　Simi Valley, CA 93065

Biscayne Bank　　　　　　　　　　　　JPMorgan Chase
2601 S. Bayshore Drive, Suite 600　　　600 Community Drive
Coconut Grove, FL 33133　　　　　　　Manhasset, NY 11030

I FURTHER CERTIFY that a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF) on this 19th day of September, 2019, upon all registered users in this case.

**DUNN LAW, P.A.**
*Counsel for Marcia T. Dunn, Trustee*
66 West Flagler Street, Suite 400
Miami, Florida 33130
Tel: 786-433-3866 | Fax: 786-260-0269
michael.dunn@dunnlawpa.com

By:   */s/ Michael P. Dunn*
       Michael P. Dunn, Esq.
       Florida Bar No. 100705