UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                         Case No. 19-16856 RAM
                                                                                     Chapter 7

Alejandro Fabian Scolnik

                    Debtor.
_____/

UNITED STATES TRUSTEE'S MOTION TO APPROVE
STIPULATION FOR WAIVER OF DISCHARGE OF
DEBTOR ALEJANDRO FABIAN SCOLNIK

Nancy J. Gargula, the United States Trustee for Region 21 ("UST"), in furtherance of the administrative responsibilities imposed pursuant to 28 U.S.C. § 586(a), moves this Court to approve the Stipulation to Waive Discharge of Debtor Alejandro Fabian Scolnik ("Stipulation"). In support, the United States Trustee states:

1. On, on March 23, 2019, the Debtor, Alvaro Garcia Villegas ("Debtor"), filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (ECF 1).

2. On August 13, 2019, the Debtor's chapter 11 case was converted to a case under chapter 7 of the Bankruptcy Code (ECF 60).

3. On August 16, 2019, Marcia Dunn was appointed as the successor chapter 7 trustee (the "Trustee").

4. On September 5, 2019, the chapter 7 case was dismissed (ECF 81) and on September 30, 2019, the chapter 7 case was reinstated (ECF 91).

5. The UST, the Trustee have been investigating the financial affairs of the Debtor and the Debtor's related entities.

6. On November 8, 2019, the Court entered an order extending the time for the UST to object to the Debtor's discharge through and including March 30, 2020 (ECF 138).

7. The Debtor has consulted with his counsel and has knowingly made the decision to waive the discharge pursuant to 11 U.S.C. §727(a)(10).

8. The Debtor, through a signed Stipulation, has executed and consented to a waiver of discharge in the instant case. A copy of the Stipulation is attached hereto as Exhibit A.

9. The United States Trustee requests that this Court approve the Stipulation entered by the parties and deny the entry of the Debtor's discharge in the instant case.

WHEREFORE, the United States Trustee requests that this Court (i) enter an Order approving the Stipulation and deny the entry of the Debtor's discharge in the instant case; and (ii) grant such other and further relief as the Court deem appropriate.

DATED: February 7, 2020.

Nancy J. Gargula
United States Trustee
Region 21

/s/

Steven D. Schneiderman, Esq.
Trial Attorney
United States Department of Justice
Office of the United States Trustee
51 SW First Avenue
Suite 1204
Miami, FL 33130
Phone: (305) 536-7285
Fax: (305) 536-7360

3

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached UNITED STATES TRUSTEE'S AGREED MOTION TO APPROVE STIPULATION TO WAIVE DISCHARGE OF DEBTOR ALEJNADRO FABIAN SCOLNIK was sent via CM/ECF to those parties listed below or via U.S. Mail, properly addressed and with correct postage to the following:

- Joel M. Aresty    aresty@mac.com
- Jeffrey S. Berlowitz    jberlowitz@siegfriedrivera.com, jortega@siegfriedrivera.com
- Michael E Carleton    amps@manleydeas.com
- Frederic J Dispigna    fdispigna@mlg-defaultlaw.com, mlgfl-bk@mlg-defaultlaw.com
- Marcia T Dunn    mdunn@dunnlawpa.com, acastro@dunnlawpa.com;slebron@dunnlawpa.com;ecf.alert+dunn@titlexi.com
- Michael P Dunn    michael.dunn@dunnlawpa.com, rbasnueva@dunnlawpa.com;mzucker@dunnlawpa.com
- Robert P Frankel    robert@frankelpa.com, documents@frankelpa.com;lana@frankelpa.com
- Aleida Martinez Molina    amartinez@wsh-law.com, isevilla@wsh-law.com
- Arthur C. Neiwirth    aneiwirthcourt@qpwblaw.com
- Alexis S Read    alexis.read@dunnlawpa.com, asr@alexisreadlaw.com
- Richard Siegmeister    rspa111@att.net, rspa-ernest@att.net
- Charles R Sterbach    Charles.r.sterbach@usdoj.gov
- Howard S Toland    htoland@mitrani.com
- Ronald M Tucker    rtucker@simon.com, cmartin@simon.com;bankruptcy@simon.com
- Barry Seth Turner    barry.turner@dunnlawpa.com, mzucker@dunnlawpa.com;rbasnueva@dunnlawpa.com
- Michael W Ullman    michael.ullman@uulaw.net, jared.ullman@uulaw.net;diana.simon@uulaw.net;Joshua.brownlee@uulaw.net;Tami.Gordon@uulaw.net;Jocelyne.Macelloni@uulaw.net;claudette.henry@uulaw.net
- Andrew D. Zaron    azaron@leoncosgrove.com, jgomez@leoncosgrove.com

BMW Bank of North America, c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Martin Claire
Martin Claire & Company, LLC
1835 E Hallandale Beach Blvd
Hallandale, FL 33009

Hal A Levenberg
One Biscayne Tower
2 S Biscayne Blvd #2690
Miami, FL 33131

**Alejandro Fabian Scolnik**
21200 NE 38th Avenue #501
Aventura, FL 33180

    I hereby certify that I am admitted to the Bar of the State of Illinois and the I am excepted from additional qualifications to practice in this Court pursuant to Local Rules 9011-4 and 2090(B)(2)(b) pertaining to attorneys representing the United States government.

    DONE this 7TH day of July, 2020.

                                /s/
                         Steven D. Schneiderman
                         Trial Attorney